UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>LORRAINE ADRIENNE DYBA,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-81138<br><br>Chapter: 7<br>Honorable Thomas M. Lynch |

## ORDER MODIFYING AUTOMATIC STAY

    THIS MATTER coming before the Court on th 18th day of June, 2018 on Mark Joachim's Motion for Abstention; Mark Joachim appearing telephonically by Attorney Paul A. Osborn ; Debtor, LORRAINE ADRIENNE DYBA, appearing pro se and the Chapter 7 Bankruptcy Trustee appearing by his Attorney, JAMES E. STEVENS; and the Court having heard from all parties;

    IT IS HEREBY ORDERED AND DECREED that this Court on its own Motion does hereby modify the automatic stay to allow Attorney Osborn, or any other attorney of record, to advise Judge Ackert that Judge Lynch has issued a preliminary ruling and will be preparing an Order of Abstention setting out the terms and conditions of this Court's abstention in the state court's favor and further, modifies the stay to the extent to permit the parties to give notice to Judge Ackert and enable her to reset further proceedings in line with this court's ruling on the Motion to Abstain.

Enter:

*/s/ Thomas M. Lynch*
United States Bankruptcy Judge

Dated: **JUN 1 9 2018**

**Prepared by:**
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
BY: JAMES E. STEVENS (3128256)
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
jstevens@bslbv.com

Rev: 20130103_bko