IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
LEE COUNTY, ILLINOIS

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) |
| LORRAINE JOACHIM, | ) |
| Petitioner/Counter-Respondent, | ) |
| vs. | ) No. 2017 D 70 |
| MARK JOACHIM, | ) |
| Respondent/Counter-Petitioner. | ) |

FILED
14   MAR 16 2018   14
Denise A McCaffrey
LEE COUNTY CIRCUIT CLERK
BY _____

## JUDGMENT FOR DISSOLUTION OF MARRIAGE

This cause coming on to be heard this 16th day of March 2018, on the Counter-Petition for Dissolution of Marriage; Counter-Petitioner, MARK JOACHIM, being present in open court in his own proper person, and by his attorney, Paul A. Osborn, and the Counter-Respondent, LORRAINE JOACHIM, by her attorney, Thomas J. Laz, and the parties having consented to an immediate hearing;

The Court having heard the testimony of the Counter-Petitioner after being duly sworn and examined in open court in support of his counter-petition and being fully advised in the premises, FINDS:

1. That the Court has jurisdiction over the parties hereto and the subject matter thereof.

2. Counter-Petitioner is 67 years of age and presently resides in Dixon, Lee County, Illinois, having resided in the State of Illinois for more than 90 days immediately preceding the making of these findings.

3. Counter-Respondent is 60 years of age and presently resides in Dixon, Lee County, Illinois, having resided in the State of Illinois for more than 90 days immediately preceding the making of these findings.

4. The parties were married on September 12, 2015, at Dixon, Illinois, and said marriage is registered in Lee County, Illinois.

No children were born to or adopted by the parties during the marriage, and the Counter-Respondent is not now pregnant.

6. That irreconcilable differences have caused the irretrievable breakdown of the marriage. Efforts at reconciliation have failed and future attempts at reconciliation would be impracticable and not in the best interests of the family.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That the Counter-Petition of MARK JOACHIM for Dissolution of Marriage is granted, and the parties are awarded a dissolution of marriage; that the marriage heretofore existing between the parties be and it is hereby dissolved.

B. That the issues of property division, debt allocation, maintenance and all other issues are reserved for the agreement of the parties or further Court order.

C. That Counter-Respondent is, pursuant to 750 ILCS 5/413(c), authorized to resume the use of her maiden name of Dyba.

ENTER: 3/16, 2018

_____
JUDGE

Approved:

_____
Thomas J. Laz, Attorney for Counter-Respondent

Paul A. Osborn – ARDC #3127571
WARD, MURRAY, PACE & JOHNSON, P.C.
Attorneys for Counter-Petitioner
202 East Fifth Street
P.O. Box 400
Sterling, IL 61081
(815) 625-8200
osborn@wmpj.com

2