UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| LORRAINE ADRIENNE DYBA, | ) | Case No. 18-81138 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

### NOTICE OF MOTION TO EMPLOY ATTORNEYS FOR THE TRUSTEE

James E. Stevens has filed papers with the Court to EMPLOY JAMES E. STEVENS AND THE LAW FIRM OF BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP AS ATTORNEYS FOR THE TRUSTEE TO RENDER SERVICES WITH COMPENSATION TO BE PAID AS AN ADMINISTRATIVE EXPENSE.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, then you or your attorney must:

1. File a written response to the above Motion on or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101; OR,
2. Attend the hearing scheduled to be held on **AUGUST 1, 2018 AT 9:00 A.M.** at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to: Attorney James E. Stevens, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108

If you file a response, attend the hearing on the Motion, scheduled to be held on **AUGUST 1, 2018 AT 9:00 A.M.** at the U.S. Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Courtroom 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and grant the same.

Dated: July 10, 2018

/s/ James E. Stevens
ATTORNEY JAMES E. STEVENS
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108
jstevens@bslbv.com

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

by placing a true and correct copy of said document in an envelope, each addressed as is shown above or via electronic transmission.

That I sealed said envelopes and placed sufficient U.S. postage on each; that I deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 o'clock P.M. on the 10th day of July, 2018, or via the Court's CM/ECF system by electronic transmission.

/s/ Debbie M. Harris

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 18-81138<br>Northern District of Illinois<br>Rockford<br>Mon Jul  9 16:04:14 CDT 2018 | TOYOTA MOTOR CREDIT CORPORATION<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 |
| CHASE CREDIT CARD<br>P O BOX 15123<br>WILMINGTON DE 19850-5123 | COMMUNITY STATE BANK OF ROCK FALLS<br>3210 E LINCOLN HIGHWAY<br>STERLING IL 61081 | Mark Joachim<br>1248 Trail Dr.<br>Dixon, IL 61021-3295 |
| THOMAS J LAZ ATTORNEY<br>608 S WAHINGTON STREET<br>NAPERVILLE IL 60540-6671 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | US BANK VISA CREDIT CARD<br>P O BOX 790408<br>ST. LOUIS MO 63179-0408 |
| James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, IL 61108-2582 | Lorraine Adrienne Dyba<br>POB 964<br>Dixon, IL 61021-0964 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TOYOTA FINANCIAL SERVICES
P O BOX 8026
CEDAR RAPIDS, IA 52409-8026

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mark Joachim

End of Label Matrix
Mailable recipients    11
Bypassed recipients     1
Total                  12

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| LORRAINE ADRIENNE DYBA, | ) | Case No. 18-81138 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## MOTION TO EMPLOY ATTORNEYS FOR THE TRUSTEE

NOW COMES JAMES E. STEVENS of the law firm of Barrick, Switzer, Long, Balsley & Van Evera, LLP and for his Motion to Employ Attorneys pursuant to Section 327 of the United States Bankruptcy Code, and in support thereof, states as follows:

1. Movant is the duly qualified and acting Trustee in this case.

2. To perform his duties as Trustee, Movant requires the services of attorneys for the following purposes:

    a. To advise and consult with Movant concerning questions arising in the conduct of the administration of the estate and concerning Movant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

    b. To appear for, prosecute, defend and represent Movant's interest in suits arising in, or related to this case;

    c. To assist in the preparation of such pleadings: motion, notice and orders as are required for the orderly administration of this estate.

    d. Other:

       To investigate assets in Debtor's pending dissolution of marriage.

3. For the foregoing and all other necessary and proper purposes, Movant petitions the Court for authorization to employ generally the law firm of Barrick, Switzer, Long, Balsley & Van Evera, LLP as attorneys to represent the Trustee.

4. Because the firm specializes in bankruptcy matters and because of its experience in these fields, Movant believes that the firm is well qualified to render the foregoing services.

5. That Barrick, Switzer, Long, Balsley & Van Evera, LLP Law Firm has no connections with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as follows:

    A. The interim trustee, JAMES E. STEVENS, is a partner in the law firm of Barrick, Switzer, Long, Balsley & Van Evera, LLP;

    B. That James E. Stevens and Stephen G. Balsley are members of the panel of interim trustees which service cases filed in the Northern District of Illinois, Western Division.

6. The proposed fee arrangement with the Movant is at the rate of Three Hundred Twenty-five ($325.00) Dollars per hour, subject to approval by the Court.

WHEREFORE, Movant prays that he be authorized to employ the law firm of Barrick, Switzer, Long, Balsley & Van Evera, LLP as its attorneys, to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as the Court may hereinafter determine and allow.

JAMES E. STEVENS

BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
BY: JAMES E. STEVENS (3128256)
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
jstevens@bslbv.com