UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| LORRAINE ADRIENNE DYBA, | ) | Case No. 18-81138 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## AFFIDAVIT

JAMES E. STEVENS, being a partner of the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP being first duly sworn, does hereby state under oath as follows:

1. I am an attorney duly admitted to practice in the State of Illinois.

2. I maintain an office at 6833 Stalter Drive, Rockford, Illinois 61108.

3. To the best of my knowledge, I have no connection with the Debtor, creditors, or any party in interest, its respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as follows:

    A. The interim trustee, JAMES E. STEVENS, is a partner in the law firm of Barrick, Switzer, Long, Balsley & Van Evera, LLP;

    B. That James E. Stevens and Stephen G. Balsley are members of the panel of interim trustees which service cases filed in the Northern District of Illinois, Western Division.

FURTHER AFFIANT SAYETH NOT.

BARRICK, SWITZER, LONG, BALSLEY
& VAN EVERA, LLP

BY: _____
    ATTORNEY JAMES E. STEVENS

Subscribed and sworn to before me
this 10th day of July, 2018.

_____
NOTARY PUBLIC

OFFICIAL SEAL
DEBORAH M HARRIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/26/22

BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
BY: JAMES E. STEVENS (3128256)
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
jstevens@bslbv.com