Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

In Re:

Lorraine Adrienne Dyba
POB 964
Dixon, IL 61021
SSN: xxx−xx−6538 EIN: N.A.

aka Lorraine Adrienne Militano, aka Lorraine Adrienne Joachim

Case No. : 18−81138
Chapter : 7
Judge : Thomas M. Lynch

---

Debtor's Attorney:
Lorraine Adrienne Dyba
POB 964
Dixon, IL 61021

Trustee:
James E Stevens
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive
Rockford, IL 61108

815−962−6611

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *May 24, 2018* .

1. *October 11, 2018* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *November 20, 2018* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: July 11, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court