Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

In Re:

Lorraine Adrienne Dyba
POB 964
Dixon, IL 61021
SSN: xxx−xx−6538 EIN: N.A.
aka Lorraine Adrienne Militano, aka Lorraine Adrienne Joachim

Case No. : 18−81138
Chapter : 7
Judge : Thomas M. Lynch

Debtor's Attorney:
Lorraine Adrienne Dyba
POB 964
Dixon, IL 61021

Trustee:
James E Stevens
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive
Rockford, IL 61108

815−962−6611

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **May 24, 2018** .

1. **October 11, 2018** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **November 20, 2018** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: July 11, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 18-81138-TML
Lorraine Adrienne Dyba                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett             Page 1 of 1              Date Rcvd: Jul 11, 2018
                              Form ID: ntcftfc7          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db            +Lorraine Adrienne Dyba,    POB 964,    Dixon, IL 61021-0964
26780511      +Mark Joachim,    1248 Trail Dr.,    Dixon, IL 61021-3295
26770972      +THOMAS J LAZ ATTORNEY,    608 S WAHINGTON STREET,    NAPERVILLE IL 60540-6671
26770971       US BANK VISA CREDIT CARD,    P O BOX 790408,    ST. LOUIS MO 63179-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
26770973       EDI: CHASE.COM Jul 12 2018 04:28:00      CHASE CREDIT CARD,    P O BOX 15123,
               WILMINGTON DE 19850-5123
26770974       E-mail/Text: Compliance@commstbk.com Jul 12 2018 00:51:28
               COMMUNITY STATE BANK OF ROCK FALLS,    3210 E LINCOLN HIGHWAY,    STERLING IL 61081
26770970       EDI: TFSR.COM Jul 12 2018 04:28:00      TOYOTA FINANCIAL SERVICES,    P O BOX 8026,
               CEDAR RAPIDS, IA 52409-8026
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
```
          James E Stevens     jimstevens@bslbv.com,   IL48@ecfcbis.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com,    dharris@bslbv.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Paul A Osborn    on behalf of Interested Party Mark   Joachim osborn@wmpj.com,
           amber@wmpj.com;teresa@wmpj.com
                                                                                             TOTAL: 4
```