UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **In re:** ) | **Bankruptcy No. 18-81138** |
| **Lorraine Adrienne Dyba,** ) | |
| ) | **Chapter 7** |
| **Debtor.** ) | |
| ) | **Judge Lynch** |

## ORDER ABSTAINING WITH RESPECT TO CERTAIN ISSUES

The matter comes before the court on the motion to abstain (ECF No. 22, the "Motion") brought by Mark Joachim. For the reasons stated on the record in open court on June 18, 2018, the Motion is granted as follows:

IT IS HEREBY ORDERED:

1. Unless and until further order of court, this court hereby abstains in favor of the divorce proceeding in the Circuit Court of the Fifteenth Judicial Circuit, Lee County, Illinois, captioned *In re the Marriage of Lorraine Dyba, f/k/a Lorraine Joachim, Petitioner/Counter-Respondent v. Mark Joachim, Respondent/Counter-Petitioner*, No. 2017 D 70 (the "Divorce Proceeding") as to the following issues:

   a. The determination of and division, but not distribution, of the marital estate between the Debtor and Mark Joachim, including the valuation of and equitable allocation of marital assets and liabilities; and

   b. Any matter excepted from the automatic stay pursuant to 11 U.S.C. § 362(b)(2), including the establishment or modification of any order for domestic support obligations or collection of a domestic support obligation from property that is

1

    not property of the bankruptcy estate.

2. The automatic stay is further modified as to the Debtor and Mark Joachim to permit each to litigate the issues for which this court has abstained in the Divorce Proceeding.

3. The parties shall use their best reasonable efforts to cooperate with and keep the Chapter 7 trustee timely apprised of developments in the Divorce Proceeding and to assist him to intervene in the proceeding should he elect to do so.

4. This court shall hold a status hearing on September 24, 2018 at 9:30 a.m. at the U.S. Courthouse, 327 South Church Street, Rm. 3100, Rockford, Illinois 61101, at which the parties shall appear and report on the status of the Divorce Proceeding.

DATE: July 26, 2018    ENTER: _____

Thomas M. Lynch
United States Bankruptcy Judge

2